**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                         Case No. 06-cr-143-01-PB

<u>Juan Soto-Mejia</u>

<u>**O R D E R**</u>

The defendant has moved to continue the October 3, 2006 trial in the above case, citing the need for additional time to pursue plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from October 3, 2006 to January 4, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The September 26, 2006 final pretrial conference is continued until December 19, 2006 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 18, 2006

cc:  Jeffrey S. Levin, Esq.
     Robert Veiga, Esq.
     United States Probation
     United States Marshal