```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                                      Case No. 06-cr-143-PB

Juan Soto-Mejia

**O R D E R**

The defendant has moved to continue the January 9, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations in this matter.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from January 9, 2007 to March 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 19, 2006 final pretrial conference is continued to February 22, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 20, 2006

cc:  Jeffrey Levin, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal