UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                               Case No. 06-cr-143-PB

Juan Soto-Mejia

**O R D E R**

The defendant has moved to continue the January 9, 2007 trial in the above case, citing the need for additional time to finalize a negotiated plea agreement. The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to finalize the plea agreement or properly prepare for trial, the court will continue the trial from March 6, 2007 to May 1, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 22, 2007 final pretrial conference is continued to April 18, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 21, 2007

cc: Jeffrey Levin, Esq.
    Robert Veiga, AUSA
    United States Probation
    United States Marshal